ACCEPTED
03-15-00422-CV
6867961
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/10/2015 2:01:05 PM
JEFFREY D. KYLE
CLERK

03-15-00422-CV

Cause No. 15-0708-CC4

| | | |
|---|---|---|
| SHAKEEL MUSTAFA, | § | FILED IN IN THE THIRD |
| Appellant | § | 3rd COURT OF APPEALS AUSTIN, TEXAS |
| | § | 9/10/2015 2:01:05 PM |
| v. | § | COURT OF APPEALS JEFFREY D. KYLE |
| | § | Clerk |
| FELIX RIPPY, | § | |
| Appellee | § | AUSTIN, TEXAS |

## APPELLANT'S MOTION TO EXTEND TIME TO FILE MOTION FOR REHEARING

Appellant asks the Court to extend the time to file the motion for rehearing.

## A. INTRODUCTION

1.      Appellant is Shakeel Mustafa; appellee is Felix Rippy.

2.      The fifteen day deadline required for motions to extend time for rehearing occurred on September 5, 2015, which was a Saturday.  September 8, 2015, was the first business day after the weekend because September 7, 2015, was a holiday.  Appellant's brief was attempted to be electronically submitted at 11:59 p.m. on September 8, 2015.   However, the brief was not successfully transmitted to the court clerk until 12:01 a.m. on September 9, 2015.

## B. ARGUMENT & AUTHORITIES

3.      The Court has the authority under Rule 49.8 to extend the time for a party to file a motion for rehearing.

4.      Appellant's motion for was due on September 8, 2015.

5.    Appellant requests an additional one day to file the motion for rehearing, extending the time until September 9, 2015.

6.    No extension has been granted to extend the time to file the motion for rehearing.

7.    Appellant needs additional time to file the motion for rehearing because the electronic filing was not successfully completed for approximately two minutes, resulting in the brief being filed on September 9, 2015, at 12:01 a.m.

8.    If the Court cannot extend the deadline, Appellant asks the Court to reconsider the case en banc.  See Tex. R. App. P. 41.2(c), 49.7.  The issue to be decided is whether a motion to compel arbitration that is denied can serve as the basis for an interlocutory appeal when there are competing motions to compel arbitration that provide different procedural rules.  The issue in this case presents such an extraordinary circumstance that resolution of the issue by the Court en banc is necessary.

## D. PRAYER

9.    For these reasons, Appellant asks the Court to grant an extension of time to file the motion for rehearing until September 9, 2015.

RESPECTFULLY SUBMITTED,

OSBORN LAW FIRM, P.C.

By: */s Chris Osborn*
Christopher D. Osborn
State Bar No. 24037221
1019 Cecelia Street
Taylor, Texas 76574
512-275-6593
512-309-5317 fax
chris@osbornpc.com

ATTORNEY FOR APPELLANT

## **CERTIFICATE OF CONFERENCE**

I certify that I contacted Appellee, Felix Rippy, via electronic mail on September 9, 2015, and he is opposed to this motion.

## <u>CERTIFICATE OF SERVICE</u>

I certify that a copy of Appellant's Brief was served on Appellee, Felix Rippy, via electronic mail before 5:00 p.m. this 9th day of September, 2015.

/s/ Chris Osborn
Christopher Osborn

Felix Rippy
3000 Joe DiMaggio, Ste. 3
Round Rock, TX 78665
512-310-9500
512-310-2580 fax

x❒ email to felixrippy@aol.com